# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Natasha Scott, | Civil Action No.: 2:15-cv-10570-SFC-APP |
| Plaintiff, | |
| v. | |
| Prog Leasing, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Natasha Scott ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 2, 2015

Respectfully submitted,

By __/s/ Sergei Lemberg_____

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff:
Natasha Scott

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2015, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By  /s/ Sergei Lemberg
                                                   Sergei Lemberg, Esq.